**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00520-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WILLIAM WEBER,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

        On May 12, 2011, the probation officer submitted a petition to the Court noting that the defendant was statutorily eligible for early termination of supervised release in this case. On May 31, 2011, the United States filed a notice indicating they did not object to the petition. On the Court's review of the defendant's overall compliance on supervised release, it found that early termination is warranted. Therefore, the Court

        ORDERS that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

        DATED at Denver, Colorado, this 3rd day of June, 2011.

        BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge